

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-92,978-01

### EX PARTE TREKEYMIAN JAMAL ALLISON, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 46569-A-H-1
### IN THE 188TH DISTRICT COURT FROM GREGG COUNTY

*Per curiam*.

### O R D E R

Applicant was convicted of two counts of possession of a firearm by a felon and sentenced to five years' imprisonment in each count. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

On November 3, 2021, this Court denied this application based on the findings of the trial court without a hearing. It has come to the Court's attention that the habeas judge who adopted the State's proposed findings of fact was Applicant's defense counsel for the original plea in this cause and so was disqualified to consider Applicant's habeas application.

Therefore, this Court now reconsiders on its own motion the denial without written order on

the findings of the trial court and remands this application to have a different judge consider the Applicant's claims.

The newly assigned judge shall make findings of fact and conclusions of law within ninety days from the date of this order. The district clerk shall then immediately forward to this Court the trial court's findings and conclusions and the record developed on remand, including, among other things, affidavits, motions, objections, proposed findings and conclusions, orders, and transcripts from hearings and depositions. *See* TEX. R. APP. P. 73.4(b)(4). Any extensions of time must be requested by the trial court and obtained from this Court.

Filed:                  February 08, 2023
Do not publish